TOWNSHEND, Respondent, v. DULL, Appellant.

(Superior Court of New York City, General Term.   January 3, 1893.)

Action by John Townshend against Daniel Dull.
Argued before FREEDMAN and GILDERSLEEVE, JJ.

C. Haldam, for appellant.
J. Townshend, for respondent.

FREEDMAN, J.   This is an appeal from a judgment in favor of the plaintiff after decision overruling defendant's demurrer to complaint.   The appellant has not appealed from the order for judgment, and, as the judgment follows the order, the appeal might be disposed of on that ground; but the judgment is right on the merits, for the reasons assigned by the learned judge below.   The judgment should be affirmed, with costs.

---

VROOM, Respondent, v. WISE et al., Appellants.

(Superior Court of New York City, General Term.   January 3, 1893.)

Appeal from special term.
Action by George A. Vroom against Charles Wise and others.
Argued before FREEDMAN, McADAM, and GILDERSLEEVE, JJ.

Horwitz & Hirshfield, (Otto Horwitz, of counsel,) for appellants.
Henry A. Root, (Thaddeus D. Kenneson, of counsel,) for respondents.

GILDERSLEEVE, J.   This is an appeal from an order made at special term denying a motion made by Charles Wise, the defendant, to have a judgment that had been entered herein for costs marked satisfied in full of record, upon the ground that it had been fully paid in settlement of another matter.

The only question involved on the motion below, and that is now presented for consideration on this appeal, is one of fact.   We have carefully examined the record, and cannot find such a preponderance of evidence in support of the defendant's contention as to warrant us in disturbing the order made by the learned judge below.   The order appealed from must be affirmed, with $10 costs and disbursements.

---

HENSCHEL v. HARLEM REPORTER CO. et al.

(Superior Court of New York City, General Term.   January 18, 1893.)

Action by Haufman Henschel against the Harlem Reporter Company and others.
Argued before SEDGWICK, C. J., and DUGRO and GILDERSLEEVE, JJ.

Charles W. Dayton, for appellant.
William G. McCrea, for respondents.

DUGRO, J.   A careful examination of the papers fails to show any improper exercise of discretion by the court at special term.   The original complaint sufficed for one kind of relief.   The supplemental complaint is but for more extensive relief.   Latham v. Richards, 15 Hun, 129.   Order affirmed, with $10 costs.